UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOOLING, MANUFACTURING &
TECHNOLOGIES ASSOCIATION,
a Michigan non-profit trade association,

            No. 08-11812

    Plaintiff,           District Judge Paul V. Gadola

v.            Magistrate Judge R. Steven Whalen

THE HARTFORD FIRE INSURANCE
COMPANY, a Connecticut insurance
company,

    Defendant/Third Party Plaintiff,

v.

MARK TYLER, TEAM MARKETING
GROUP, INC., TEAM MARKETING GROUP,
INC. d/b/a TYLER CONSTRUCTION, INC, TEAM
MARKETING GROUP, INC., d/b/a BENEFITS GROUP,
INC., TEAM MARKETING GROUP, INC., d/b/a ALLIED
RISK, INC., MARK TYLER & ASSOCIATES,

    Third Party Defendants.
_____/

## ORDER

The parties' Uncontested Motion to Establish Dates for Response to Subpoena is hereby GRANTED. Reliance Standard Life Insurance Company ("Reliance") shall comply with the subpoena issued to it in this case as follows: (1) reliance shall produce documents responsive to the subpoena on or before August 18, 2008; and (2) testimony

-1-

shall be taken from Reliance on August 25, 2008 at 10:00 a.m., pursuant to the subpoena notice.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 8, 2008.

S/Gina Wilson
Judicial Assistant