UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOOLING, MANUFACTURING &
TECHNOLOGIES ASSOCIATION,

  Plaintiff,

v.                                                                               Case No. 08-cv-11812

HARTFORD FIRE INSURANCE                              HONORABLE STEPHEN J. MURPHY, III
COMPANY,

  Defendant,

v.

MARK TYLER; TEAM MARKETING
GROUP, INC. d/b/a TYLER
CONSTRUCTION, INC., TEAM BENEFITS
GROUP, INC.,
ALLIED RISK, INC.; and
MARK TYLER & ASSOCIATES, INC.,

  Third-Party Defendants.
_____/

## JUDGMENT

  The above entitled matter having come before the Court on the Plaintiff and Defendant's cross motions for summary judgment, and the Court having granted Defendant's motion and denied Plaintiff's motion in an opinion and order dated today,

  **IT IS ORDERED AND ADJUDGED** that judgement is entered in favor of Defendant and that Plaintiff take **NOTHING** from Defendant.

  Dated at Detroit, Michigan this 30th day of August, 2010.

                    DAVID WEAVER
                    CLERK OF THE COURT

              BY:    <u>Andrea Teets</u>
                      DEPUTY CLERK

APPROVED:

<u>s/Stephen J. Murphy, III</u>
STEPHEN J. MURPHY, III
United States District Judge